

**IT IS ORDERED as set forth below:**

**Date: October 29, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>**Daniel Clair Simmons,**<br><br>    **Debtor,** | **CHAPTER 7**<br>**CASE NO.: 18-21730-JRS** |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **Nationstar Mortgage d/b/a Mr. Cooper,**<br>                         Movant,<br>v.<br><br>**Daniel Clair Simmons,**<br>    **Debtor,**<br><br>**Albert F. Nasuti,**<br>    **Trustee,**<br><br>                         Respondents. | **CONTESTED MATTER** |

### ORDER GRATING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Movant filed a Motion for Relief from Stay on September 20, 2018 together with

a Notice of Hearing set October 25, 2018 (Doc. No. 13) regarding Debtor(s) real estate located at 422 Grand Avenue, Suwanee, Georgia 30024 (the "Property") ("Motion") and contends service of the Motion and notice was proper upon Respondents.  As no opposition was filed or advocated at the call of the calendar, it is hereby

ORDERED that the 11 U.S.C. § 362(a) is modified for Movant herein, its successors and assigns, regarding the real property commonly known as 422 Grand Avenue, Suwanee, Georgia 30024.

FURTHER ORDERED that Movant, its successors and assigns, may assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, the collection of reasonable fees, and may assert any and all of its respective rights and remedies under applicable law, as to its collateral.

FURTHER ORDERED that the provisions of the Bankruptcy Rule 4001(a)(3) are waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

**[END OF DOCUMENT]**

Prepared by:
/s/ Andrea L. Betts
Andrea L. Betts
Attorney for Creditor
Georgia Bar # 432863
RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: abetts@rascrane.com

## DISTRIBUTION LIST

Daniel Clair Simmons
422 Grand Ave
Suwanee, GA 30024-4299

Patricia S. Glover
Charlton & Glover, PC
87 Vickery Street
Roswell, GA 30075

Albert F. Nasuti
Thompson, Obrien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Peachtree Corners, GA 30092

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

RAS Crane LLC
10700 Abbott's Bridge Road
Suite 170
Duluth, GA  30097